**RECEIVED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/25/06
BY JDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VICTOR LEE BARRON,<br>Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-412-A |
| VERSUS | |
| WARDEN, LASALLE CORRECTIONAL CENTER,<br>Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Barron's petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE..

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of October, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE